UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EUROBEL GmbH,

            Plaintiff,

- against -

TRANS ATLAS MARITIME LTD. a/k/a
T.A.M. TRANS ATLAS MARITIME LTD.

            Defendant.
-------------------------------------------------------X

07 CV _____
ECF CASE

**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

            NONE.

Dated: December 5, 2007
       New York, NY

            The Plaintiff,
            EUROBEL GmbH

            By: _____
            Claurisse Campanale-Orozco (CC 3581)
            Thomas L. Tisdale (TT 5263)
            TISDALE LAW OFFICES, LLC
            11 West 42nd Street, Suite 900
            New York, NY 10036
            (212) 354-0025 – phone
            (212) 869-0067 – fax
            corozco@tisdale-law.com
            ttisdale@tisdale-law.com