UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUROBEL GMBH,

                Plaintiff,

    - against -

TRANS ATLAS MARITIME LTD.,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

07 Civ. 11062 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for July 24, 2008 at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
          April 22, 2008

                                          John G. Koeltl
                                United States District Judge